William HANLEY, as Owner of THE Barges LILA HANLEY and JOHN McDONALD, Libelant-Appellee, v. THE Motor Canal Boat TOMPKINS, New York Canal & Great Lakes Corporation, Claimant-Appellant.
No. 310.

Circuit Court of Appeals, Second Circuit.
April 2, 1934.

Morgan & Lockwood, of New York City (Mark W. Maclay, of New York City, of counsel), for appellant.

Single, Atkins & Tyler, of New York City (Christopher E. Heckman, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

Guy T. HELVERING, Commissioner of Internal Revenue, v. HAHN COAL COMPANY.
No. 1061.

Circuit Court of Appeals, Tenth Circuit.
March 21, 1934.

Robert H. Jackson, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Hodges, Wilson & Rogers, of Denver, Colo., for respondent.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.
Petition dismissed on motion of petitioner.

Guy T. HELVERING, Commissioner of Internal Revenue, v. DEFIANCE COAL COMPANY.
No. 1059.

Circuit Court of Appeals, Tenth Circuit.
March 21, 1934.

Robert H. Jackson, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Hodges, Wilson & Rogers, of Denver, Colo., for respondent.

Guy T. HELVERING, Commissioner of Internal Revenue, v. MADRID SUPPLY COMPANY.
No. 1057.

Circuit Court of Appeals, Tenth Circuit.
March 21, 1934.

Robert H. Jackson, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Hodges, Wilson & Rogers, of Denver, Colo., for respondent.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.
Petition dismissed on motion of petitioner.